UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19 – CV – 430

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
U.S. TOBACCO COOPERATIVE, INC.,            :
                                           :
            Plaintiff,                     :
                                           :    NOTICE OF FILING
v.                                         :
                                           :
CERTAIN UNDERWRITERS AT LLOYD'S            :
SUBSCRIBING TO POLICY NUMBERS              :
B1353DC1703690000 and                      :
B1353DC1602041000,                         :
                                           :
            Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

COME NOW Defendants, through undersigned counsel, and file Exhibits A-G to accompany Plaintiff's Complaint filed as an exhibit with the Notice of Removal. [Dkt. 1-1].

Dated: January 7, 2020

                                        CLARK, NEWTON & EVANS, P.A.
                                        *Counsel for Defendants*

                                        /s/ Don T. Evans, Jr.
                                        NC Bar No. 19003
                                        509 Princess St.
                                        Wilmington, North Carolina 28401
                                        Telephone: (910) 762 -8743
                                        Facsimile: (910) 762 6206
                                        dte@clarknewton.com

## **CERTIFICATE OF SERVICE**

  I certify that I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Cory Hohnbaum: chohnbaum@kslaw.com


Dated: January 7, 2020

            CLARK, NEWTON & EVANS, P.A.
            *Counsel for Defendants*

            /s/ Don T. Evans, Jr.
            NC Bar No. 19003
            509 Princess St.
            Wilmington, North Carolina 28401
            Telephone: (910) 762 -8743
            Facsimile: (910) 762 6206
            dte@clarknewton.com