IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-00430-BO

| | |
|---|---|
| U.S. Tobacco Cooperative Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) **U.S. TOBACCO COOPERATIVE INC.'S** |
| v. | ) **NOTICE OF FILING DEPOSITION** |
| | ) **EXCERPTS OF GAVIN WILLIAMS** |
| Certain Underwriters at Lloyd's subscribing to | ) |
| Policy Numbers B1353DC1703690000 and | ) |
| B1353DC1602041000, | ) |
| | ) |
| Defendants. | ) |

On November 2, 2020, Plaintiff U.S. Tobacco Cooperative Inc. ("USTC") filed its proposed Reply in Support of its Second Motion to Compel ("Reply") (Doc. 71-1). The Reply cites various portions of the deposition transcript of Canopius's claims handler, Gavin Williams. At the time of filing the Reply, Mr. Williams's deposition transcript had not been finalized. In its Reply, USTC stated that it would file the cited excerpts from Mr. Williams's deposition transcript once it was finalized (Reply, at 4, 8, n.3-4, 6).

On March 22, 2021, the Court asked USTC to file portions of the deposition transcript of Canopius's claims handler, Gavin Williams, that are referenced in USTC's Reply in Support of its Second Motion to Compel. (3/22/21 Text Order). USTC believes that it previously filed these deposition excerpts on November 24, 2020 (Doc. 74), and it is now refiling the deposition excerpts herewith for the Court's convenience. A chart setting forth the relevant citations is below:

| Statement in Reply | Deposition Citation |
|---|---|
| "[A]nd, in a recent deposition of Canopius's claims handler, Gavin Williams, Mr. Williams testified that he 'did not know' why certain Requests for Admission were denied and, in fact, contradicted AEGIS's denials in his testimony. (Williams Dep.)." (Reply, at 4). | (Williams Dep., 94:23 – 104:5) |
| "Recent deposition testimony has established that Insurers did not think litigation was likely before USTC filed suit. (Williams Dep.; Doc. 68-16, at 4)." (Reply, at 4). | (Williams Dep., 68:22 – 69:5) |
| "As set forth in USTC's Brief, there are many examples of Insurers testifying regarding reserve and reinsurance information without objection and producing documents disclosing reserve and reinsurance information without clawing them back. (Doc 68 at 9; Doc 68-20). This also occurred in Mr. Williams' recent deposition. (Williams Dep.)." (Reply, at 8). | (See, e,g., Williams Dep. 189:10-14, 203:21-204:2, 230:19-232:13) |

Date: March 22, 2021.

MCGUIREWOODS LLP


By: _/s/ Mark E. Anderson_
Mark E. Anderson (NC Bar No. 15764)
  manderson@mcguirewoods.com
501 Fayetteville Street, Suite 500
Raleigh, North Carolina 27601
Phone: (919) 755-6600
Facsimile: (919) 755-6699

Amy E. Dehnel (GA Bar No. 707836)
  adehnel@mcguirewoods.com
Shelby S. Guilbert (GA Bar No. 315101)
  sguilbert@mcguirewoods.com
1230 Peachtree Street N.E., Suite 2100
Atlanta, GA 30309-3534
Phone: (404) 443-5500
Fax: (404) 443-5599

*Attorneys for Plaintiff U.S. Tobacco Cooperative Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I caused a true and correct copy of the above and **U.S.**

**TOBACCO COOPERATIVE INC.'S NOTICE OF FILING DEPOSITION EXCERPTS**

**OF GAVIN WILLIAMS** to be filed with the Clerk of the Court using the CM/ECF system,

which will send notification of such filing to all CM/ECF registered attorneys.

James A. Saville
Hill Rivkins LLP
45 Broadway, Suite 1500
New York, NY 10006
Phone: 212-669-0618
Fax: 212-669-0698
Email: jsaville@hillrivkins.com

Seth Peter Buskirk
Clark, Newton & Evans, PA
509 Princess Street
Wilmington, NC 27401-4130
Phone: 910-762-8743
Fax: 910-762-6206
Email: spb@clarknewton.com

Don T. Evans, Jr.
Clark, Newton & Evans, PA
509 Princess Street
Wilmington, NC 27401-4130
Phone: 910-762-8743
Fax: 910-762-6206
Email: dte@clarknewton.com

This the 22nd of March, 2021.

/s/ Mark E. Anderson
Mark E. Anderson