IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00430-BO

**U.S. Tobacco Cooperative, Inc.**,

    Plaintiff,

v.

**Certain Underwriters at Lloyd's Subscribing to Policy Numbers B1353DC1703690000 and B1353DC1602041000,**

    Defendants.

**Order**

In light of the court's April 9, 2021 Order granting the second motion to compel (D.E. 86), the court resets the following case management deadlines:

1. The parties have 90 days from the date of compliance with the April 9, 2021 Order to conduct additional discovery.

2. Dispositive motion are due thirty days after the discovery period closes.

3. If the parties seek to amend other deadlines set forth in previous scheduling orders, they shall meet and confer before submitting a joint order with the proposed amended deadlines.

Dated: April 12, 2021.

*Robert T. Numbers II*
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE