IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00430-BO

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE, INC., | ) |
| | ) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE** |
| | ) |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B1353DC1703690000 AND B1353DC1602041000 | ) |

Please take notice that the undersigned Michael J. Tricarico hereby enters a notice of special appearance as counsel for defendants Certain Underwriters at Lloyd's in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Seth P. Buskirk and Don T. Evans of Clark, Newton & Evans, PA.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: 21 June 2021

/s/Michael J. Tricarico

Michael J. Tricarico
Kennedys CMK LLP
570 Lexington Ave.
New York, NY 10022
212-252-0004
Michael.Tricarico@KennedysLaw.com
New York Bar. No. 2466878
Attorney for Defendant Certain Underwriters at Lloyd's

/s/ Seth P. Buskirk

Seth P. Buskirk
Clark, Newton & Evans, PA
509 Princess Street
Wilmington, NC 27401
(910) 762-8743
Fax: (910) 762-6206
spb@clarknewton.com
North Carolina Bar. No. 36664
Local Civil Rule 83.1(d) Counsel for Defendant
Certain Underwriters at Lloyd's

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system and notification will be sent to the following:

Mark E. Anderson    manderson@mcguirewoods.com, jmurphy@mcguirewoods.com

Don T. Evans, Jr    dte@clarknewton.com, lao@clarknewton.com

Seth Peter Buskirk    spb@clarknewton.com, lao@clarknewton.com,

spbuskirk@gmail.com

Shelby S. Guilbert    sguilbert@mcguirewoods.com

Amy E. Dehnel    adehnel@mcguirewoods.com, smallavarapu@mcguirewoods.com

James A. Saville    jsaville@hillrivkins.com

Dated: 21 June 2021

/s/Seth P. Buskirk