IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00430-BO

| U.S. TOBACCO COOPERATIVE, INC., | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS [D.E. 91]** |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B1353DC1703690000 AND B1353DC1602041000 | ) | |

This matter having come before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Sanctions [D.E. 91,] and the Court being fully advised in the premises, it is:

ORDERED AND ADJUDGED that the Motion for Extension of Time to Respond to Plaintiff's Motion for Sanctions is GRANTED. Defendants shall have up to and including three weeks from the date of this Order to file their response to Plaintiff's Motion for Sanctions [D.E. 91].

This Court [will/will not] set a conference for _____ to discuss this case's discovery status and Defendants' progress in remedying the discovery deficiencies which are the subject of the Plaintiff's Motion for Sanctions.

SO ORDERED, this ____ day of _____, 2021.

_____
Robert T. Numbers, II
United States Magistrate Judge