IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00430-BO

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE, INC., ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> CERTAIN UNDERWRITERS AT ) <br> LLOYD'S SUBSCRIBING TO POLICY ) <br> NUMBERS B1353DC1703690000 AND ) <br> B1353DC1602041000 ) <br> ) | **MOTION FOR RECONSIDERATION OF ORDER AND MEMORANDUM AND RECOMMENDATION [D.E. 112]** |

NOW COME Defendants, Certain Underwriters at Lloyd's Subscribing to Policy Numbers B1353DC1703690000 and B1353DC1602041000 (referred to herein as "Underwriters" or "Defendants"), pursuant to Fed. R. Civ. P.'s 60 & 54(b) and move that the Court reconsider Magistrate Judge Robert T. Numbers, II's August 18, 2021, Order & Memorandum & Recommendation (see ECF doc. no. 112, the "O&M&R") imposing sanctions against Underwriters under Fed. R. Civ. P. 37.

For the reasons set forth in Underwriters' Supporting Memorandum, filed contemporaneously herewith and incorporated herein, Underwriters respectfully submit that new facts and evidence that have become available and evident to them since they filed their briefing in opposition to Plaintiff's Motions for Sanctions and Objections to and Statement of Appeal of the O&M&R. The new facts and evidence warrant reconsideration to prevent substantial injustice to Underwriters given the facts and circumstances surrounding the discovery violations that the

Court determined to have occurred, which in turn resulted in the sanctions imposed by the

O&M&R.  Dated: December 10, 2021

                CLARK, NEWTON & EVANS, PA

By:/s/ Seth P. Buskirk
NC BAR 36664
509 Princess Street
Wilmington, NC 28401
Tel: (910) 762-8743
Fax: (910) 762-6206
spb@clarknewton.com
Local Civil Rule 83.1(d) Counsel for Defendants

By: /s/Michael J. Tricarico
Kennedys CMK LLP
570 Lexington Ave.
New York, NY 10022
212-252-0004
Michael.Tricarico@KennedysLaw.com
New York Bar. No. 2466878
Attorney for Defendants Certain Underwriters at Lloyd's

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system and notification will be sent to the following:

Mark E. Anderson    manderson@mcguirewoods.com,

cguerrero@mcguirewoods.com, jmurphy@mcguirewoods.com

Don T. Evans, Jr    dte@clarknewton.com, lao@clarknewton.com

Seth Peter Buskirk    spb@clarknewton.com, billing@clarknewton.com,

jas@clarknewton.com, spbuskirk@gmail.com

Shelby S. Guilbert    sguilbert@mcguirewoods.com

Amy E. Dehnel    adehnel@mcguirewoods.com, smallavarapu@mcguirewoods.com

James A. Saville    jsaville@hillrivkins.com

Michael J. Tricarico    michael.tricarico@kennedyslaw.com

Dated: December 10, 2021

/s/Seth P. Buskirk

3
Case 5:19-cv-00430-BO    Document 129    Filed 12/10/21    Page 3 of 3