IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00430-BO

| | |
|---|---|
| U.S. TOBACCO COOPERATIVE INC., | |
| Plaintiff, | |
| v. | **ORDER GRANTING WITHDRAWAL OF SPECIAL APPEARANCE COUNSEL AMY E. DEHNEL** |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B1353DC1703690000 AND B1353DC1602041000, | |
| Defendants. | |

**THIS MATTER,** having been brought before the Court by Mark E. Anderson, counsel for Plaintiff U.S. Tobacco Cooperative Inc. ("Plaintiff"), for an Order granting the withdrawal of attorney Amy E. Dehnel as special appearance counsel for Plaintiff, and the Court having considered the submission of counsel, and for good cause shown,

**IT IS HEREBY ORDERED** that the application for the withdrawal of Amy E. Dehnel as special appearance counsel for Plaintiff is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate Amy E. Dehnel as special appearance counsel for Plaintiff.

SO ORDERED, this 4/ day of May, 2022

*Terrence Boyle*
Hon. Terrence W. Boyle
United States District Judge