IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00430-BO

| | | |
|---|---|---|
| U.S. TOBACCO COOPERATIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT STIPULATION OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B1353DC1703690000 AND B1353DC1602041000, | ) ) ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii) and the settlement agreement between Plaintiff U.S. Tobacco Cooperative, Inc. and Defendants Certain Underwriters at Lloyd's of London Subscribing to Policy Numbers B1353DC1703690000 and B1353DC1602041000, the parties jointly stipulate to the dismissal with prejudice of this action, including all claims, counterclaims, and defenses asserted therein, with each party to bear its own costs.

Dated: May 17, 2022

| **MCGUIREWOODS LLP** | **CLARK, NEWTON & EVANS, PA** |
|---|---|
| By: */s/ Mark E. Anderson* <br> Mark E. Anderson (NC Bar No. 15764) <br> 501 Fayetteville Street, Suite 500 <br> Raleigh, North Carolina 27601 <br> (919) 755-6600 <br> manderson@mcguirewoods.com <br><br> Shelby S. Guilbert (GA Bar No. 315101) <br> 1230 Peachtree Street N.E., Suite 2100 <br> Atlanta, GA 30309-3534 <br> (404) 443-5500 <br> sguilbert@mcguirewoods.com | By: */s/ Seth P. Buskirk* <br> Seth P. Buskirk (NC Bar No. 36664) <br> Don T. Evans, Jr. (NC Bar No. 19003) <br> 509 Princess Street <br> Wilmington, NC 28401 <br> (910) 762-8743 <br> spb@clarknewton.com <br> dte@clarknewton.com <br> *Local Civil Rule 83.1(d) Counsel for Defendants* |

| | |
|---|---|
| *Attorneys for Plaintiff U.S. Tobacco Cooperative Inc.* | /s/ Michael J. Tricarico (NY Bar. No. 2466878)<br>/s/ John D. LaBarbera<br>KENNEDYS CMK LLP<br>570 Lexington Ave.<br>New York, NY 10022<br>(212) 252-0004<br>michael.tricarico@kennedyslaw.com<br>john.labarbera@kennedyslaw.com<br><br>John A. Northen<br>NORTHEN BLUE, LLP<br>P. O. Box 2208<br>Chapel Hill, NC 27515-2208<br>(919) 968-4441<br>jan@nbfirm.com<br><br>*Attorneys for Defendants Certain Underwriters at Lloyd's* |

2